**E-FILED**
Wednesday, 24 July, 2013  09:15:18 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                         Civil Action No. 1:13-cv-01194-JES-JAG

JOHN DOE, subscriber assigned IP address
74.93.73.178,

        Defendant.

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.   John Doe was assigned the IP Address 74.93.73.178.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

        Dated:  July 25, 2013

                                       Respectfully submitted,

                                       By: ___/s/ *Mary K. Schulz*_____
                                       Mary K. Schulz
                                       Schulz Law, P.C.
                                       1144 E. State Street, Suite A260
                                       Geneva, IL 60134
                                       Phone: 224-535-9510

Email: SchulzLaw@me.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____
Mary K. Schulz